PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ INFORMATION ☐ INDICTMENT ☒ COMPLAINT

CASE NO. ______

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Indictment ☐ Information ☐ Defendant Added ☐ Charges/Counts Added

USA vs.

Defendant: RICKY E. SILVA

Addre

REDACTED

☐

Birth Date

en
cable)

Soci

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF — Providence, RI (Divisional Office)

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☑ U.S. Atty ☐ Other U.S. Agency

Phone No. ______

Name of Asst. U.S. Attorney (if assigned): KENNETH MADDEN/PETER NERONHA

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

Federal Bureau of Investigation

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Rhode Island County

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): ______

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

### OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | 18 U.S.C. Section 1952(a)(3) | Travel in interstate commerce with intent to carry on | ☒ Felony ☐ Misdemeanor |
| | | unlawful activity | ☐ Felony ☐ Misdemeanor |
| | Penalties: 5 yrs imprisonment; | | ☐ Felony ☐ Misdemeanor |
| | $250,000 fine; 3 yrs supervised release; | | ☐ Felony ☐ Misdemeanor |
| | $100 special assessmet | Anticipated Trial Days: 3-4 days | ☐ Felony ☐ Misdemeanor |