AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Ricky E. Silva

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:07-M-1M

I, Ricky E. Silva, charged in a (complaint) (petition) pending in this District with travel in interstate commerce with intent to carry on unlawful conduct, in violation of Title 18, U.S.C., 1952 (a)(3), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

[signature]
Defendant

01-04-07
Date

[signature]
Counsel for Defendant