AO 442 (Rev. 10/03) Warrant for Arrest

JAN 03 2007

# UNITED STATES DISTRICT COURT

District of RHODE ISLAND

US MARSHALS
RHODE ISLAND

UNITED STATES OF AMERICA
V.
RICKY E. SILVA

## WARRANT FOR ARREST

Case Number: 1:07-M-1M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest RICKY E. SILVA
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☒ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

travel in interstate commerce with the intent to carry on an unlawful activity, to wit, extortion in violation of the Massachusetts extortion statute, Mass. Gen. Laws, ch 265, sec. 25

in violation of Title 18 United States Code, Section(s) 1952(a)(3)

DAVID L. MARTIN
Name of Issuing Officer

David L. Martin
Signature of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

1-3-07 Providence, Rhode Island
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED 01 03 2007 | NAME AND TITLE OF ARRESTING OFFICER Joseph Degnan SA FBI | SIGNATURE OF ARRESTING OFFICER Joseph R Degnan |
| DATE OF ARREST 01 04 2007 | | |